SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                    Case No. 2:23-cr-025-1

Scott Clark

TAKE NOTICE that the above-entitled case has been rescheduled at 10:00 a.m. on Tuesday, May 07, 2024 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Sentencing.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM 12/8/2023 at 1:30* | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 12/21/2023 |

TO:

Jonathan Ophardt, AUSA
Thomas Aliberti, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter